FILED
07 NOV -9 PM 3:43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,

vs.

PELICAN BAY STATE PRISON,

        Defendant.

CASE NO. C 07 4896 JW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO AIR PORT    300 WEEKLY_____
5  _____1200 MONTHLY_____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                          Yes ___ No ✓
10         self employment
11     b.   Income from stocks, bonds,                       Yes ___ No ✓
12         or royalties?
13     c.   Rent payments?                                   Yes ___ No ✓
14     d.   Pensions, annuities, or                          Yes ___ No ✓
15         life insurance payments?
16     e.   Federal or State welfare payments,               Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                                   Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS             - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).

5   _____
6   _____

7   5.   Do you own or are you buying a home?          Yes ___  No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                     Yes ___  No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___  No ✓
20  _____

21  8.   What are your monthly expenses?
22  Rent: $ _____                Utilities: _____
23  Food: $ _____                Clothing: _____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____               $ _____             $ _____
27  _____               $ _____             $ _____
28  _____               $ _____             $ _____

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>11.25</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>19.22</u>.    (20%= $3.85)

Dated: 10/24/07

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10/24/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY S. Kleppin
TRUST OFFICE

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_09/28/07_              _Willie Weaver_

DATE                      SIGNATURE OF APPLICANT

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCOUNT NUMBER : J91389                    BED/CELL NUMBER: BF02U 000000210L
ACCOUNT NAME   : WEAVER, WILLIE EUGENE     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION       COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

04/01/2007    BEGINNING BALANCE                                                    10.62

04/30   W512  LEGAL POSTAGE 3935                                       3.27         7.35
04/30   W512  LEGAL POSTAGE 3935                                       1.35         6.00
05/08   W516  LEGAL COPY CH 4099                                       2.70         3.30
05/08   W516  LEGAL COPY CH 4099                                       2.70         0.60
05/10   W919  REVERSE LEGAL 4145/3935                                  3.27-        3.87
05/10   W919  REVERSE LEGAL 4145/3935                                  1.35-        5.22
05/10   W861  REVERSE LEGAL 4145/4099                                  2.70-        7.92
05/10   W861  REVERSE LEGAL 4145/4099                                  2.70-       10.62
07/05   D320  TRUST FUNDS T 0078  CCI                    5.32                      15.94
07/11  *DD30  CASH DEPOSIT  0197  #006                  67.50                      83.44
07/19   W215  FEDERAL FILIN 0351  03/02                                2.57        80.87
07/19   W212  FEDERAL FILIN 0351  03/02                                2.57        78.30
07/19   W212  FEDERAL FILIN 0351  03/02                                2.57        75.73
07/19   W212  FEDERAL FILIN 0351  03/02                                2.57        73.16
07/19   W214  FEDERAL FILIN 0351  03/02                                2.57        70.59
07/19   W214  FEDERAL FILIN 0351  03/02                                2.57        68.02
07/19   W211  FEDERAL FILIN 0351  03/02                                2.57        65.45
07/19   W215  FEDERAL FILIN 0351  07/11                                9.35        56.10
07/19   W212  FEDERAL FILIN 0351  07/11                                9.35        46.75
07/19   W212  FEDERAL FILIN 0351  07/11                                9.35        37.40
07/19   W212  FEDERAL FILIN 0351  07/11                                9.35        28.05
07/19   W214  FEDERAL FILIN 0351  07/11                                9.35        18.70
07/19   W214  FEDERAL FILIN 0351  07/11                                9.35         9.35
07/19   W211  FEDERAL FILIN 0351  07/11                                9.35         0.00

                              CURRENT HOLDS IN EFFECT

  DATE         HOLD
 PLACED        CODE    DESCRIPTION                      COMMENT          HOLD AMOUNT

07/31/2007     H103   DAMAGES-REFUSED TO SIGN HOLD    0506  CCI              2.87
07/31/2007     H103   DAMAGES-REFUSED TO SIGN HOLD    0506  CCI              2.45
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10/24/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY S. Kleppin
    TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 10/24/07
                                                           PAGE NO:          2
                           PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCT:    J91389        ACCT NAME: WEAVER, WILLIE EUGENE       ACCT TYPE: I


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                         CASE NUMBER: 94F09335
COUNTY CODE:    SAC                              FINE AMOUNT: $   5,600.00

   DATE       TRANS.   DESCRIPTION                    TRANS. AMT.      BALANCE
 --------     ------   --------------------------    ------------    ----------

04/01/2007    BEGINNING BALANCE                                        5,393.82

07/11/07      DR30     REST DED-CASH DEPOSIT             75.00-        5,318.82

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT         HOLDS        TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS    BALANCE        BALANCE       TO BE POSTED
 ---------    ---------    ------------   ---------     ---------      ------------
    10.62        72.82         83.44         0.00          5.32             0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                 5.32-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10/24/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE